UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| NICHOLAS D. LAUDATO, SPECIAL ADMINISTRATOR OF THE ESTATE OF DOROTHY LOUISE MCLEAN, AND AS PERSONAL REPRESENTATIVE OF DOROTHY LOUISE MCLEAN, DECEASED 4500 Rockside Road, Suite 420 Independence, Ohio 44131 | : : : : : : : : : | CASE NO.:_____  JUDGE: _____  **COMPLAINT WITH JURY DEMAND** |
| Plaintiff, | : : | |
| v. | : : | |
| BD ZANESVILLE OPCO, LLC dba and aka BROOKDALE ZANESVILLE 1575 Bowers Lane Zanesville, Ohio 43701 | : : : : : | |
| Serve: | : : | |
| CT Corporation System 4400 Easton Commons Way Suite 125 Columbus, Ohio 43219 | : : : : : | |
| AND | : : | |
| BROOKDALE SENIOR LIVING, INC. dba and aka BROOKDALE ZANESVILLE 330 North Wabash, Suite 1400 Chicago, Illinois 60611 | : : : : : : | |
| Serve: | : : | |
| Corporation Service Company 1160 Dublin Road, Suite 400 Columbus, Ohio 43215 | : : : : | |
| AND | : : : : : | |

1

| | |
|---|---|
| **BROOKDALE SENIOR LIVING COMMUNITIES, INC. dba and aka BROOKDALE ZANESVILLE** 330 North Wabash, Suite 1400 Chicago, Illinois 60611 | : : : : : |
| Serve: | : : |
| **Corporation Service Company** 1160 Dublin Road, Suite 400 Columbus, Ohio 43215 | : : : : |
| AND | : : |
| **VENTAS, INC. dba and aka BROOKDALE ZANESVILLE** 500 North Hurstbourne Parkway Suite 200 Louisville, Kentucky 40222 | : : : : : : |
| Serve: | : : |
| **CT Corporation System** 4400 Easton Commons Way Suite 125 Columbus, Ohio 43219 | : : : : : : |
| Defendants. | : |

## JURISDICTION

1. Because diversity of citizenship exists between Plaintiff and Defendants and Plaintiff seeks damages in excess of $75,000, this Court has Jurisdiction over Plaintiff's claims under 28 U.S.C. § 1332.

## VENUE

2. Venue properly exists under 28 U.S.C. § 1391(b)(2) in the Southern District of Ohio as substantially all of the acts or omissions giving rise to Plaintiff's claims occurred in the Southern District of Ohio.

2

## **PARTIES**

3. Plaintiff Nicholas Laudato is the Special Administrator of the Estate of Dorothy Louise McLean, and the Personal Representative of Dorothy Louise McLean, deceased, who died in Muskingum County, Ohio, on December 31, 2022 and whose estate is in the Probate Court of Muskingum County, Ohio being case number 20231051.

4. Defendant BD Zanesville Opco, LLC, is a foreign limited liability company that is also known and does business as Brookdale Zanesville with its principal place of business located at 1575 Bowers Lane, Zanesville, Ohio 43701. Through information and belief, Defendant BD Zanesville Opco, LLC's members are residents of Delaware. It offered health care services, including medical care and treatment to the public and to Dorothy Louise McLean.  Service of process is proper on CT Corporation System, 4400 Easton Commons Way, Suite 125, Columbus, Ohio 43219.

5. Defendant Brookdale Senior Living, Inc., is a Delaware corporation that is also known and does business as Brookdale Zanesville with its principal place of business located at 330 North Wabash, Suite 1400, Chicago, Illinois 60611. It offered health care services, including medical care and treatment to the public and to Dorothy Louise McLean.  Service of process is proper on Corporation Service Company 1160 Dublin Road, Suite 400 Columbus, Ohio 43215.

6. Defendant Brookdale Senior Living Communities, Inc., is a Delaware corporation that is also known and does business as Brookdale Zanesville with its principal place of business located at 330 North Wabash, Suite 1400, Chicago, Illinois 60611. It offered health care services, including medical care and treatment to the public and to Dorothy Louise McLean.  Service of process is proper on Corporation Service Company 1160 Dublin Road, Suite 400 Columbus, Ohio 43215.

7. Defendant Ventas, Inc., is a Delaware corporation that is also known and does business as Brookdale Zanesville with its principal place of business located at 500 North Hurstbourne Parkway, Suite 200, Louisville, Kentucky 40222. Through information and belief, BD Zanesville Opco, LLC, is a subsidiary of Ventas, Inc. It offered health care services, including medical care and treatment to the public and to Dorothy Louise McLean. Service of process is proper on Corporation Service Company 1160 Dublin Road, Suite 400 Columbus, Ohio 43215

## BACKGROUND

8. Plaintiff's Decedent, Dorothy Louise McLean, was admitted for long-term care to Brookdale Zanesville on June 29, 2022.

9. During her stay and treatment at Brookdale Zanesville, Defendants failed to properly care for Plaintiff's Decedent. As a result of this failure of care, Plaintiff's Decedent developed pressure ulcers and injuries.

10. After Plaintiff's Decedent developed pressure ulcers and injuries, Defendants failed to provide her appropriate pressure wound care, causing Plaintiff's Decedent further injury.

11. Plaintiff's Decedent was discharged from Brookdale Zanesville on December 29, 2022. She died on December 31, 2022.

## CLAIM ONE – NEGLIGENCE

12. Plaintiff restates and realleges Paragraphs 1-11 of his Complaint as if fully stated herein.

13. Defendants owed a duty of care to Plaintiff's Decedent to meet the applicable standard of care for a reasonable assisted living, rehabilitation, and memory care facility in the same or similar circumstances.

14. Defendants breached the standard of care by:

   a. failing to prevent Plaintiff's Decedent from developing pressure ulcers;

   b. failing to properly treat Plaintiff's Decedent's pressure ulcers; and

   c. otherwise acting negligently during the treatment of Plaintiff's Decedent.

 15. As a direct and proximate result of Defendants's negligence, Plaintiff's Decedent suffered personal injury and permanent disfigurement. Plaintiff is therefore entitled to damages against Defendants.

## CLAIM TWO – WRONGFUL DEATH

 16. Plaintiff incorporates by reference the allegations contained in Paragraph 1 through 15 as if fully restated here.

 17. Defendants's negligence described in Claim One above caused Dorothy Louise McLean's death.

 18. Plaintiff is entitled to recover damages for Dorothy Louise McLean's death under O.R.C. § 2125.01, et seq., Ohio's wrongful death statute, from Defendants.

## CLAIM TWO – PUNITIVE DAMAGES AGAINST DEFENDANTS

 19. Plaintiff restates and realleges Paragraphs 1 through 18 of his Complaint as if fully restated herein.

 20. Defendants acted with malice and in conscious disregard for Plaintiff's Decedent.

 21. Plaintiff is entitled to punitive damages against Defendants.

 22. Plaintiff is entitled to recover his attorney's fees and expenses against Defendants.

WHEREFORE, Plaintiff, for his Complaint against Defendants, prays for relief in an amount in excess of the minimum jurisdictional limits of this Court on all his claims, punitive damages, attorney's fees, and expenses incurred herein, and any and all further relief as this Court deems just and proper.

Respectfully submitted,

THOMAS LAW OFFICES PLLC

/s/ J. Eric Kiser
Louis C. Schneider (0076588)
J. Eric Kiser (0101570)
Attorneys for Plaintiff
250 East Fifth Street, Suite 440
Cincinnati, Ohio 45202
Telephone:	(513) 788-4966
Facsimile:	(513) 993-1369
lou.schneider@thomaslawoffices.com
eric.kiser@thomaslawoffices.com

## **JURY DEMAND**

Plaintiff hereby demands a trial by jury.

/s/ J. Eric Kiser
J. Eric Kiser, Esq.

6